**UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS**

MICHAEL D. JONES,                        §
                                         §
          Petitioner,                    §
                                         §
*versus*                                 §     CIVIL ACTION NO. 1:26-CV-57
                                         §
SHERIFF, MCLENNAN COUNTY,                §
                                         §
          Respondent.                    §

## MEMORANDUM OPINION AND ORDER

Petitioner has filed objections (#5) to the order of transfer.  Petitioner complains of the magistrate judge's order transferring this action to the United States District Court for the Western District of Texas (#4).  This memorandum opinion considers petitioner's objections.

### Analysis

The court referred this matter to a United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  In accordance with 28 U.S.C. § 636(b)(1)(A), a judge of the court may reconsider any pretrial matter referred to a magistrate judge under subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.  Therefore, petitioner's objections are liberally construed as a motion to reconsider the order of transfer.

The magistrate judge ordered the transfer of the above-styled action to the United States District Court for the Western District of Texas based on petitioner challenging his conviction received in the 19th Judicial District Court for McLennan County, Texas and the fact that petitioner is currently confined in the McLennan County jail.  Pursuant to 28 U.S.C. § 124, McLennan County is located within the jurisdictional boundaries of the United States District Court for the Western District of Texas.  Petitioner has presented no meritorious reason the transfer is prohibited, nor has he alleged any basis for jurisdiction in the Eastern District of Texas.

After careful consideration, the court is of the opinion that petitioner's objections to the order of transfer lack merit and should be overruled.  The court finds the order of the magistrate

judge neither clearly erroneous nor contrary to law.  Therefore, the motion for reconsideration should be denied.

## ORDER

For the reasons set forth above, petitioner's motion to reconsider the order of transfer is without merit and should be denied.  It is

**ORDERED** that petitioner's motion to reconsider the order of transfer (#5) is **DENIED.**

SIGNED at Beaumont, Texas, this 16th day of March, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE